# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-25-00499-CV

---

**In re Cliff Stephens**

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

### M E M O R A N D U M   O P I N I O N

Relator Cliff Stephens has filed a pro se petition for writ of mandamus. Having reviewed the petition, we dismiss the petition for writ of mandamus for want of jurisdiction. *See* Tex. R. App. P. 52.8(a).

Relator has listed as respondents the Texas Department of Emergency Management and Cass County. This Court's mandamus jurisdiction is expressly limited by statute to: (1) writs against a district court judge or county court judge in this Court's district, and (2) all writs necessary to enforce our jurisdiction. *See* Tex. Gov't Code § 22.221. As to the former, the Third Court of Appeals has jurisdiction of appeals from the trial courts located in Bastrop, Bell, Blanco, Burnet, Caldwell, Coke, Comal, Concho, Fayette, Hays, Irion, Lampasas, Lee, Llano, McCulloch, Milam, Mills, Runnels, San Saba, Schleicher, Sterling, Tom Green, Travis, and Williamson counties. *See id.* § 22.201(d). This is an original proceeding from Cass County. *See id.* § 22.221. Thus, even if that Relator's petition were directed to a district court, we have no jurisdiction to issue a writ of mandamus against a district court judge outside this Court's district. *See id.* As to the latter, Relator has not demonstrated that the exercise of our writ power is necessary to enforce

our jurisdiction in this case. Therefore, Relator has not established that we have jurisdiction to issue the writ he seeks.

The petition for writ of mandamus is dismissed for want of jurisdiction. *See* Tex. R. App. P. 52.8(a).

_____

Rosa Lopez Theofanis, Justice

Before Justices Triana, Kelly, and Theofanis

Filed: July 25, 2025